UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EUREKA DATABASE SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>NEXIDIA, INC.,<br><br>　　　　Defendant. | **CIV. ACTION NO. 6:20-cv-197-ADA**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Eureka Database Solutions, LLC ("Eureka") files this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to say all unreached deadlines for thirty (30) days.

All matters in controversy between Eureka and Nexidia, Inc. have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines for (30) days so the appropriate dismissal papers may be submitted.

Counsel for Eureka has conferred with Gerson Panitch, counsel for Nexidia, and Nexidia does not oppose this motion.

|  |  |
|---|---|
| June 12, 2020 | Respectfully submitted,<br><br>By */s/ Cabrach J. Connor*<br>Cabrach J. Connor<br>Texas Bar No. 24036390<br>cab@connorkudlaclee.com<br>Jennifer Tatum Lee<br>Texas Bar No. 24046950<br>jennifer@connorkudlaclee.com<br>**CONNOR KUDLAC LEE PLLC**<br>609 Castle Ridge Road, Suite 450<br>Austin, TX 78746<br>Telephone:  512.777.1254<br>Facsimile:  888.387.1134<br><br>*Attorneys for Plaintiff*<br>Eureka Database Solutions LLC |